**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Craig RUSSELL, Defendant–Appellant.**

**No. 05–16593**

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

July 18, 2006.

Robert O. Davis, E. Bryan Wilson, Tallahassee, FL, for Plaintiff-Appellee.

Gwendolyn L. Spivey, Federal Defender Office, Randolph P. Murrell, Federal Public Defender, William Rourk Clark, Jr., Office of the Federal Public Defender, Tallahssee, FL, for Defendant–Appellant.

Before TJOFLAT, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

This appeal presents one issue: whether supervised release standard condition No. 13 delegates a judicial function to the district court's probation office. We resolved this issue in *United States v. Nash*, 438 F.3d 1302, 1306 (11th Cir.2006).[1] "Standard Condition Thirteen ... does not improperly delegate a judicial function to a probation officer...." *Id.* at 1306.

AFFIRMED.

1. The mandate in *Nash* issued on April 14, 2006.